# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DANIA TOLLIVER

VERSUS

TOYOTA MOTOR CORPORATION,
TOYOTA MOTOR MANUFACTURING
KENTUCKY, INC., TOYOTA MOTOR
NORTH AMERICAN, INC., TOYOTA
MOTOR SALES, USA, INC.,
TOYOTA MOTOR ENGINEERING &
MANUFACTURING NORTH AMERICA,
INC., PRICE LEBLANC PREMIUM,
LC, AND BENNET J. TRICHE

NO.  2024 CW 1171

**DECEMBER 6, 2024**

---

In Re:  Toyota Motor Engineering & Manufacturing North America,
Inc., Toyota Motor North America, Inc. and Toyota Motor
Sales, U.S.A., Inc., applying for supervisory writs,
19th Judicial District Court, Parish of East Baton
Rouge, No. 716338.

---

**BEFORE:  WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DISMISSED.** Relators have filed a motion to dismiss this
writ application, representing that this matter has been settled
and requesting that this writ application be dismissed in its
entirety. Accordingly, this writ is dismissed.

**EW**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT